302

*W. S. Florence,* for plaintiff in error.

21824.   CALDWELL *et al. v.* THE STATE.

BLOODWORTH, J.   The evidence authorized the verdict, and the motion for a new trial, which was based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1931.

*S. T. Brewton, P. M. Anderson,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.